# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

SONYA BROWN                                                                                                PLAINTIFF

v.                              Case No. 3:25-CV-00175-DPM-JTK

COMMISSIONER OF THE SOCIAL SECURITY                                            DEFENDANT
ADMINISTRATION

## ORDER

Pending before the Court is Plaintiff Soyna Brown's Motion for Leave to Proceed *In Forma Pauperis* (IFP). (Doc. No. 1) Ms. Brown states that she is living with friends, however she also asserts her spouse is paying over $300 in utilities and $35.00 in home upkeep. (Doc. No. 1) Ms. Brown also asserts she spends $180.00 on pet care. The form required Ms. Brown to attach a detailed statement, nothing was attached. Because it is unclear, the Court would like some explanation about the payment for home maintenance and utilities when she is residing with friends. Further, please submit the detailed statement indicated on the form.

The purpose of 28 U.S.C. § 1915 is to ensure that indigent litigants have an entree, not a barrier, to the federal courts. *In re Williamson*, 786 F.2d 1336, 1338 (8th Cir. 1986) (quoting *Souder v. McGuire*, 516 F.2d 820, 823 (3rd Cir. 1975)). Although a claimant need not be completely destitute to take advantage of the IFP statute, he or she must show that paying the filing fee would result in an undue financial hardship. *Id*.

The Court hereby directs Ms. Brown to provide additional explanation as to her means of financial support and obligations owed, if any, within fourteen (14) days of the date of this Order.

SO ORDERED THIS 10th day of September, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE