# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**SONYA BROWN**                                                                    **PLAINTIFF**

**v.**                                   **No. 3:25-cv-175-DPM**

**SOCIAL SECURITY**
**ADMINISTRATION, Commissioner**                          **DEFENDANT**

## ORDER

1.      The Court withdraws the reference.

2.      The unopposed motion to remand for further administrative proceedings, *Doc. 15*, is granted.

So Ordered.

_DP Marshall Jr._
D.P. Marshall Jr.
United States District Judge

20 April 2026