## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**SONYA BROWN**                                                    **PLAINTIFF**

**v.**                          **No. 3:25-cv-175-DPM**

**SOCIAL SECURITY**
**ADMINISTRATION, Commissioner**                           **DEFENDANT**

## JUDGMENT

Brown's claim is remanded for further administrative review. This is a "sentence four" remand.  42. U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101-02 (1991).


D.P. Marshall Jr.
United States District Judge

20 April 2026