IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SONYA BROWN                                                    PLAINTIFF

v.                          No. 3:25-cv-175-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                    DEFENDANT

## ORDER

The parties agree that Brown is entitled to an award of attorney's fees and stipulate an award of $8,500.  *Doc. 19*.  But Brown hasn't submitted an itemized bill from her lawyer for the Court to review. That's required.  28 U.S.C. § 2412(d)(1)(B); *Astrue v. Ratliff*, 560 U.S. 586, 594 (2010).  Curative papers due by 15 June 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 June 2026