IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SONYA BROWN                                                PLAINTIFF

v.                              No. 3:25-cv-175-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                      DEFENDANT

ORDER

Itemized bill, *Doc. 21*, received with thanks.  The hours billed and agreed fee are reasonable.  Brown's motion, *Doc. 19*, is therefore granted.  The Court awards $8,500 as an attorney's fee, subject to any offset to satisfy any preexisting debt owed to the United States. 28 U.S.C. § 2412(d); *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010).  The check must be made payable to Brown.  And it should be mailed to Brown's lawyer.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____16 June 2026_____